UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RANDOLPH WALZER, ESQUIRE
P.O. BOX 1234, JACKSON NJ 08527
(732) 523-5300
RW-6392
For Creditor- Liberal Finance Service

Order Filed on December 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-19707 VFP
Adv. No.:
Hearing Date: 21 December 2023
Judge:

# ORDER VACATING AUTOMATIC STAY
## AS TO CO-DEBTOR

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 21, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of <u>Liberal Finance Service,</u> under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for the cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following: against the co-debtor in accordance with 11 U.S.C. 1301 et. seq., particularly subsections c2 and d to collect Liberal's unsecured debt 20 August 2018.

Real Property more fully described as:

Personal property more fully described as:

Co-Debtor, Jessica Garcia

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on the motion.