Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−19707−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Randell A. Soto Jr.
   1231 Beech Place
   East Stroudsburg, PA 18301−8269

Social Security No.:
   xxx−xx−1394

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 10/31/2023 and a confirmation hearing on such Plan has been scheduled for 1/18/2024.

The debtor filed a Modified Plan on 1/9/2024 and a confirmation hearing on the Modified Plan is scheduled for 2/15/2024 at 8:30 AM. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

     A full copy of the modified Plan will follow this notice.

Dated: January 10, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 23-19707-VFP
Randell A. Soto, Jr.                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                            User: admin                                           Page 1 of 4
Date Rcvd: Jan 10, 2024                                  Form ID: 186                                        Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randell A. Soto, Jr., 1231 Beech Place, East Stroudsburg, PA 18301-8269 |
| cr | + | Liberal Finance c/o Randolph Walze, Esq., PO Box 1234, Jackson Township, NJ 08527-0259 |
| 520070083 | + | LIBERAL FINANCE SERVIC, 1160 PARSIPPANY BL, PARSIPPANY, NJ 07054-1811 |
| 520070082 | + | Law Office of Ann Debellis, 301 Sullivan Way, W. Trenton, NJ 08628-3406 |
| 520097344 | + | Liberal Finance Service c/o Randolph Walzer, Esq., PO Box 1234, Jackson, NJ 08527-0259 |
| 520102316 | + | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 520070088 | + | New Jersey Manufactureers Insurance Comp, PO Box 70167, Philadelphia, PA 19176-0167 |
| 520070089 | + | Randolph Walzer & Associates LLC, 2042 W County Line Rd Unit 8 PO Box 1234, Jackson, NJ 08527-0259 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520070045 | + | Email/Text: backoffice@affirm.com | Jan 10 2024 20:51:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520105804 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 21:04:23 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520070062 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 21:04:26 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 21:04:13 | CAPITAL ONE/WALMART, ATTN: BANKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070068 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2024 21:03:56 | CARD WORKS SERVICING, LLC, ATTN: BANKRUPTCY, 101 CROSSWAYS PK WEST, WOODBURY, NY 11797-2020 |
| 520070069 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2024 21:14:48 | CBNA, ATTN: BANKRUPTCY, P.O. BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 520128639 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 10 2024 20:50:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520070072 | ^ | MEBN | Jan 10 2024 20:46:50 | CMG FINANCIAL, ATTN: BANKRUPTCY, 3160 CROW CANYON RD, STE 400, SAN RAMON, CA 94583-1382 |
| 520070073 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2024 20:51:00 | COMENITY BANK/ROAMAN'S, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |

| | | | | |
|---|---|---|---|---|
| 520070074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2024 20:51:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520070075 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2024 20:51:00 | COMENITYBANK/ONESTOP, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520070076 | + | Email/Text: bankruptcy@connexuscu.org | Jan 10 2024 20:51:00 | CONNEXUS CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 8026, WAUSAU, WI 54402-8026 |
| 520070077 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 10 2024 20:51:00 | CONSUMER PORTFOLIO SERVICES, INC., ATTN: BANKRUPTCY, PO BOX 57071, IRVINE, CA 92619-7071 |
| 520070078 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2024 20:49:25 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520107171 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2024 20:48:15 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520075751 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2024 21:04:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520070079 | + | Email/Text: mrdiscen@discover.com | Jan 10 2024 20:50:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520090428 | | Email/Text: mrdiscen@discover.com | Jan 10 2024 20:50:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520070080 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 10 2024 20:51:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520070081 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 10 2024 20:51:00 | FINGERHUT FETTI/WEBBANK, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520070070 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2024 21:04:18 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101 |
| 520070071 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2024 21:04:23 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520098487 | + | Email/Text: RASEBN@raslg.com | Jan 10 2024 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520070084 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 20:49:36 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520107141 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 21:04:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520070087 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 10 2024 20:51:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520087856 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2024 20:51:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520125504 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2024 20:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520070090 | ^ | MEBN | Jan 10 2024 20:45:59 | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 220, LIVERPOOL, NY 13088-0220 |
| 520070091 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jan 10 2024 20:49:00 | SEZZLE, ATTN: BANKRUPTCY, PO BOX |

Case 23-19707-VFP    Doc 20    Filed 01/12/24    Entered 01/13/24 00:16:08    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: 186 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3320, MINNEAPOLIS, MN 55403 |
| 520070092 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 21:28:13 | SYNCB/ROOMS TO GO, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070093 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 20:49:20 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070094 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 21:14:38 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070095 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 21:04:17 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520130687 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2024 21:04:14 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520117049 | + | Email/Text: tdebn@credbankserv.com | Jan 10 2024 20:50:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520072294 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 10 2024 20:47:52 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520126848 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2024 21:04:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520070096 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 10 2024 20:51:00 | WEBBANK/GETTINGTON, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520070097 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 10 2024 20:47:52 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 520116789 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 10 2024 20:48:15 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520070050 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070051 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070052 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070053 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070054 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070055 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070056 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070057 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070058 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070059 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070060 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070061 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070046 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070047 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070048 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070049 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070063 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070064 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070065 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: 186 | Total Noticed: 51 |

| | | |
|---|---|---|
| 520070066 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070085 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520070086 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Randolph Walzer | on behalf of Creditor Liberal Finance c/o Randolph Walze Esq. email@walzerlawfirm.com |
| Russell L. Low | on behalf of Debtor Randell A. Soto Jr. ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5