RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  RANDELL A. SOTO, JR.
    1231 BEECH PLACE
    EAST STROUDSBURG, PA 18301-8269

Atty:  RUSSELL L LOW ESQ
    LOW & LOW ESQS
    505 MAIN STREET, SUITE 304
    HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-19707

## RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/06/2023 | $200.00 | | 12/28/2023 | $200.00 | |

**Total Receipts: $400.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 32.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM INC | UNSECURED | 345.93 | 0.00% | 0.00 | 0.00 |
| 0002 | LVNV FUNDING LLC | UNSECURED | 4,816.15 | 0.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE/WALMART | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CW NEXUS CREDIT CARD HOLDING I LL( | UNSECURED | 4,475.66 | 0.00% | 0.00 | 0.00 |
| 0005 | CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CHASE AUTO FINANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 3,063.01 | 0.00% | 0.00 | 0.00 |
| 0008 | CENLAR FSB | (NEW) Prepetition / | 4,552.35 | 100.00% | 0.00 | 0.00 |
| 0009 | COMENITY BANK/ROAMAN'S | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 1,069.68 | 0.00% | 0.00 | 0.00 |
| 0011 | COMENITYBANK/ONESTOP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 9,647.75 | 0.00% | 0.00 | 0.00 |
| 0013 | CONSUMER PORTFOLIO SERVICES, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | LVNV FUNDING LLC | UNSECURED | 798.94 | 0.00% | 0.00 | 0.00 |
| 0015 | DISCOVER BANK | UNSECURED | 7,886.48 | 0.00% | 0.00 | 0.00 |
| 0016 | FINGERHUT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 1,795.49 | 0.00% | 0.00 | 0.00 |
| 0018 | LIBERAL FINANCE SERVIC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-19707**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | LVNV FUNDING LLC | UNSECURED | 2,971.89 | 0.00% | 0.00 | 0.00 |
| 0021 | NAVY FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | NEW JERSEY MANUFACTURERS INSRUA | UNSECURED | 602.45 | 0.00% | 0.00 | 0.00 |
| 0023 | TD RETAIL CARD SERVICES | UNSECURED | 5,590.59 | 0.00% | 0.00 | 0.00 |
| 0025 | SEZZLE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 2,638.01 | 0.00% | 0.00 | 0.00 |
| 0027 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 9,848.35 | 0.00% | 0.00 | 0.00 |
| 0029 | LVNV FUNDING LLC | UNSECURED | 4,874.55 | 0.00% | 0.00 | 0.00 |
| 0031 | WEBBANK/GETTINGTON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | WELLS FARGO CARD SERVICES | UNSECURED | 8,919.34 | 0.00% | 0.00 | 0.00 |
| 0035 | AFFIRM INC | UNSECURED | 292.66 | 0.00% | 0.00 | 0.00 |
| 0036 | AFFIRM INC | UNSECURED | 248.85 | 0.00% | 0.00 | 0.00 |
| 0037 | AFFIRM INC | UNSECURED | 127.92 | 0.00% | 0.00 | 0.00 |
| 0038 | AFFIRM, INC. | UNSECURED | 116.33 | 0.00% | 0.00 | 0.00 |
| 0039 | AFFIRM INC | UNSECURED | 64.41 | 0.00% | 0.00 | 0.00 |
| 0040 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0045 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0046 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0047 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0048 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0049 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0050 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0051 | CAPITAL ONE NA | UNSECURED | 3,285.47 | 0.00% | 0.00 | 0.00 |
| 0052 | CAPITAL ONE NA | UNSECURED | 472.60 | 0.00% | 0.00 | 0.00 |
| 0053 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0054 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0055 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0057 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0058 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0059 | LIBERAL FINANCE SERVICE | UNSECURED | 3,871.91 | 0.00% | 0.00 | 0.00 |
| 0060 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 94.74 | 0.00% | 0.00 | 0.00 |

**Total Paid: $32.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $400.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $32.00     =     Funds on Hand: $368.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.