Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  23−19707−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Randell A. Soto Jr.
   1231 Beech Place
   East Stroudsburg, PA 18301−8269

Social Security No.:
   xxx−xx−1394

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 20, 2024.

Dated: February 20, 2024
JAN: jf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-19707-VFP

Randell A. Soto, Jr.                                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: plncf13 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randell A. Soto, Jr., 1231 Beech Place, East Stroudsburg, PA 18301-8269 |
| cr | + | Liberal Finance c/o Randolph Walze, Esq., PO Box 1234, Jackson Township, NJ 08527-0259 |
| 520070083 | + | LIBERAL FINANCE SERVIC, 1160 PARSIPPANY BL, PARSIPPANY, NJ 07054-1811 |
| 520070082 | + | Law Office of Ann Debellis, 301 Sullivan Way, W. Trenton, NJ 08628-3406 |
| 520097344 | + | Liberal Finance Service c/o Randolph Walzer, Esq., PO Box 1234, Jackson, NJ 08527-0259 |
| 520102316 | + | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 520070088 | + | New Jersey Manufactureers Insurance Comp, PO Box 70167, Philadelphia, PA 19176-0167 |
| 520070089 | + | Randolph Walzer & Associates LLC, 2042 W County Line Rd Unit 8 PO Box 1234, Jackson, NJ 08527-0259 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2024 23:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2024 23:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520070045 | + | Email/Text: backoffice@affirm.com | Feb 20 2024 23:27:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520105804 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2024 23:31:25 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520070062 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2024 23:30:45 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2024 23:30:50 | CAPITAL ONE/WALMART, ATTN: BANKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070068 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2024 23:30:57 | CARD WORKS SERVICING, LLC, ATTN: BANKRUPTCY, 101 CROSSWAYS PK WEST, WOODBURY, NY 11797-2020 |
| 520070069 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2024 23:30:53 | CBNA, ATTN: BANKRUPTCY, P.O. BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 520128639 | | Email/Text: BKelectronicnotices@cenlar.com | Feb 20 2024 23:25:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520070072 | ^ | MEBN | Feb 20 2024 23:18:51 | CMG FINANCIAL, ATTN: BANKRUPTCY, 3160 CROW CANYON RD, STE 400, SAN RAMON, CA 94583-1382 |
| 520070073 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2024 23:26:00 | COMENITY BANK/ROAMAN'S, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |

| | | | |
|---|---|---|---|
| 520070074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Feb 20 2024 23:26:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520070075 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Feb 20 2024 23:26:00 | COMENITYBANK/ONESTOP, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520070076 | + | Email/Text: bankruptcy@connexuscu.org | |
| | | Feb 20 2024 23:27:00 | CONNEXUS CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 8026, WAUSAU, WI 54402-8026 |
| 520070077 | + | Email/Text: bankruptcy@consumerportfolio.com | |
| | | Feb 20 2024 23:26:00 | CONSUMER PORTFOLIO SERVICES, INC., ATTN: BANKRUPTCY, PO BOX 57071, IRVINE, CA 92619-7071 |
| 520070078 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Feb 20 2024 23:31:20 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520107171 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Feb 20 2024 23:30:42 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520075751 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Feb 20 2024 23:31:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520070079 | + | Email/Text: mrdiscen@discover.com | |
| | | Feb 20 2024 23:24:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520090428 | | Email/Text: mrdiscen@discover.com | |
| | | Feb 20 2024 23:24:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520070080 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Feb 20 2024 23:26:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520070081 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Feb 20 2024 23:26:00 | FINGERHUT FETTI/WEBBANK, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520070070 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Feb 20 2024 23:41:51 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101 |
| 520070071 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Feb 20 2024 23:31:19 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520098487 | + | Email/Text: RASEBN@raslg.com | |
| | | Feb 20 2024 23:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520070084 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 20 2024 23:30:47 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520107141 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 20 2024 23:30:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520070087 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Feb 20 2024 23:27:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520102316 | + | Email/Text: legalcollections@njm.com | |
| | | Feb 20 2024 23:25:00 | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 520087856 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 20 2024 23:26:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520125504 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 20 2024 23:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520070090 | ^ | MEBN | |
| | | Feb 20 2024 23:18:28 | RAYMOUR & FLANIGAN, ATTN: |

District/off: 0312-2

Date Rcvd: Feb 20, 2024

User: admin

Form ID: plncf13

Page 3 of 4

Total Noticed: 51

|  |  |  | BANKRUPTCY, PO BOX 220, LIVERPOOL, NY 13088-0220 |
| 520070091 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Feb 20 2024 23:24:00 | SEZZLE, ATTN: BANKRUPTCY, PO BOX 3320, MINNEAPOLIS, MN 55403 |
| 520070092 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2024 23:41:50 | SYNCB/ROOMS TO GO, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070093 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2024 23:30:53 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070094 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2024 23:30:45 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070095 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2024 23:30:42 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520130687 | + Email/PDF: ebn_ais@aisinfo.com | Feb 20 2024 23:31:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520117049 | + Email/Text: tdebn@credbankserv.com | Feb 20 2024 23:25:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520072294 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 20 2024 23:30:46 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520126848 | + Email/PDF: ebn_ais@aisinfo.com | Feb 20 2024 23:41:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520070096 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 20 2024 23:26:00 | WEBBANK/GETTINGTON, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520070097 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 20 2024 23:30:46 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 520116789 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 20 2024 23:41:37 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520070050 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070051 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070052 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070053 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070054 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070055 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070056 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070057 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070058 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070059 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070060 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070061 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070046 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070047 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070048 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070049 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |

District/off: 0312-2                              User: admin                                    Page 4 of 4
Date Rcvd: Feb 20, 2024                          Form ID: plncf13                                Total Noticed: 51

520070063    *+      CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285
520070064    *+      CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285
520070065    *+      CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285
520070066    *+      CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285
520070085    *+      LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497
520070086    *+      LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Randolph Walzer | on behalf of Creditor Liberal Finance c/o Randolph Walze  Esq. email@walzerlawfirm.com |
| Russell L. Low | on behalf of Debtor Randell A. Soto  Jr. ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5