UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CMG Mortgage, Inc.

In Re:

Randell Soto,

Debtor.

Case No.:     23-19707-VFP

Chapter:     13

Hearing Date:     04/18/2024

Judge:     Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 1231 Beech Place, East Stroudsburg (Docket # 31)

_____

Date: 04/17/2024          /s/ Denise Carlon
                          Signature

*rev.8/1/15*