B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Randell A. Soto, Jr.                 ,         Case No. 23-19707

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems LLC | Synchrony Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Jefferson Capital Systems, LLC
  PO Box 7999
  St. Cloud, MN 56302-9617

Phone: 800-928-7314
Last Four Digits of Acct #: 4936

Court Claim # (if known): 26
Amount of Claim: 2638.01
Date Claim Filed: 01/09/2024

Phone: 678-518-3116
Last Four Digits of Acct. #: 4936

Name and Address where transferee payments should be sent (if different from above):
  Jefferson Capital Systems, LLC
  PO Box 772813
  Chicago, IL 60677-2813
Phone: 800-928-7314
Last Four Digits of Acct #: 4936

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashley Larson (Bankruptcy Specialist)        Date: 7/26/2024
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Waiver of Notice of Claim

Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, L.L.C., Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., ("Transferor"), has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at Jefferson Capital Systems, LLC, 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from **consumer credit accounts** ("**Accounts**") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the **Accounts** may have been filed under the following names:

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver on this 8th day of September, 2021.

Synchrony Bank

By: *Lynne Fisher*
Lynne Fisher (Sep 8, 2021 14:49 EDT)
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC

By: *Lynne Fisher*
Lynne Fisher (Sep 8, 2021 14:49 EDT)
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC

By: *Lynne Fisher*
Lynne Fisher (Sep 8, 2021 14:49 EDT)
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC

By: *Lynne Fisher*
Lynne Fisher (Sep 8, 2021 14:49 EDT)
Lynne Fisher
Title: Vice President