Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23–19707–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Randell A. Soto Jr.
   1231 Beech Place
   East Stroudsburg, PA 18301–8269

Social Security No.:
   xxx–xx–1394

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/24 at 10:00 AM

to consider and act upon the following:

*42* – Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CMG Mortgage, Inc.. Objection deadline is 10/11/2024. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*43* – Certification in Opposition to (related document:42 Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CMG Mortgage, Inc.. Objection deadline is 10/11/2024. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CMG Mortgage, Inc.) filed by Russell L. Low on behalf of Randell A. Soto Jr.. (Low, Russell)

Dated: 10/15/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court