RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   RANDELL A. SOTO, JR.
      1231 BEECH PLACE
      EAST STROUDSBURG, PA  18301-8269

Atty:  RUSSELL L LOW ESQ
       LOW & LOW ESQS
       505 MAIN STREET, SUITE 304
       HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 23-19707

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $10,080.00**

## RECEIPTS AS OF 01/01/2025     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/06/2023 | $200.00 | | 12/28/2023 | $200.00 | |
| 02/05/2024 | $200.00 | | 03/04/2024 | $200.00 | |
| 04/08/2024 | $200.00 | | 05/07/2024 | $200.00 | |
| 06/04/2024 | $200.00 | | 07/02/2024 | $200.00 | |
| 07/31/2024 | $215.00 | | 09/10/2024 | $215.00 | |
| 11/05/2024 | $215.00 | | 11/15/2024 | $215.00 | |

**Total Receipts: $2,460.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,460.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025     (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 183.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 2,506.90 | 1,243.10 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM INC | UNSECURED | 345.93 | * | 0.00 | |
| 0002 | LVNV FUNDING LLC | UNSECURED | 4,816.15 | * | 0.00 | |
| 0003 | CAPITAL ONE/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CW NEXUS CREDIT CARD HOLDING I LLC | UNSECURED | 4,475.66 | * | 0.00 | |
| 0005 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 3,063.01 | * | 0.00 | |
| 0008 | CENLAR FSB | (NEW) Prepetition | 4,552.35 | 100.00% | 0.00 | |
| 0009 | COMENITY BANK/ROAMAN'S | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 1,069.68 | * | 0.00 | |

**Chapter 13 Case # 23-19707**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0011 | COMENITYBANK/ONESTOP | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 9,647.75 | * | 0.00 | |
| 0013 | CONSUMER PORTFOLIO SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 798.94 | * | 0.00 | |
| 0015 | DISCOVER BANK | UNSECURED | 7,886.48 | * | 0.00 | |
| 0016 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | LVNV FUNDING LLC | UNSECURED | 1,795.49 | * | 0.00 | |
| 0018 | LIBERAL FINANCE SERVIC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0019 | LVNV FUNDING LLC | UNSECURED | 2,971.89 | * | 0.00 | |
| 0021 | NAVY FEDERAL CREDIT UNION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0022 | NEW JERSEY MANUFACTURERS INSRUA | UNSECURED | 602.45 | * | 0.00 | |
| 0023 | TD RETAIL CARD SERVICES | UNSECURED | 5,590.59 | * | 0.00 | |
| 0025 | SEZZLE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,638.01 | * | 0.00 | |
| 0027 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 9,848.35 | * | 0.00 | |
| 0029 | LVNV FUNDING LLC | UNSECURED | 4,874.55 | * | 0.00 | |
| 0031 | WEBBANK/GETTINGTON | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | WELLS FARGO CARD SERVICES | UNSECURED | 8,919.34 | * | 0.00 | |
| 0035 | AFFIRM INC | UNSECURED | 292.66 | * | 0.00 | |
| 0036 | AFFIRM INC | UNSECURED | 248.85 | * | 0.00 | |
| 0037 | AFFIRM INC | UNSECURED | 127.92 | * | 0.00 | |
| 0038 | AFFIRM, INC. | UNSECURED | 116.33 | * | 0.00 | |
| 0039 | AFFIRM INC | UNSECURED | 64.41 | * | 0.00 | |
| 0040 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | CAPITAL ONE NA | UNSECURED | 3,285.47 | * | 0.00 | |
| 0052 | CAPITAL ONE NA | UNSECURED | 472.60 | * | 0.00 | |
| 0053 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | |
| 0059 | LIBERAL FINANCE SERVICE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0060 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 94.74 | * | 0.00 | |
| 0061 | CENLAR FSB | (NEW) MTG Agree | 799.00 | 100.00% | 0.00 | |
| 0062 | WASTE MANAGEMENT | UNSECURED | 503.09 | * | 0.00 | |

**Total Paid:  $2,690.00**
See Summary

## SUMMARY

| Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025. |
|---|
| Receipts: $2,460.00       -    Paid to Claims: $0.00       -    Admin Costs Paid: $2,690.00    =    Funds on Hand: $0.00 |

**Chapter 13 Case # 23-19707**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.