**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Randell A. Soto, Jr. | : | CASE NO. 23-19707 |
| Debtor | : | HONORABLE Vincent F. Papalia |

---

**ATTORNEY'S RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATION IN SUPPORT OF DEFAULT**

---

I, Russell L. Low, Esq. hereby certify the following:

1. Freedom Mortgage filed a Motion for Relief from Auto on June 4, 2025, due to the debtor being delinquent.

2. As of today, July 29, 2025, I have been unable to reach the debtor to file a timely opposition.

3. Therefore, I am respectfully requesting the opportunity to reach the debtor before the hearing date and hopefully resolve this matter.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  <u>July 10 2025</u>                                                                 /s/ Russell L. Low
                                                                                                        **Russell L. Low**
                                                                                                        Attorney for Debtor