# <u>LOW & LOW</u>  <u>ATTORNEYS AT LAW, LLC</u>

**505 Main Street, Hackensack, New Jersey 07601 (201)-343-4040 Fax# (201) 488-5788**

**STANLEY W. LOW**                                                         **RUSSELL L. LOW**

August 19, 2025

      **Re: Randell A. Soto, Jr.**
      **Bankruptcy Case No. 23-19707**

,

    This letter shall serve as a request for the withdrawal of Docket No. 70.

    Should you require additional information or have any questions in regards to the above-mentioned, please do not hesitate to contact the undersigned.

Thank you,

/s/ Russell L. Low

**Russell L. Low**