UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-14631 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

Order Filed on August 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RANDELL A. SOTO, JR.

Case No: 23-19707-VFP

Hearing Date: 08/21/2025

Judge: Vincent F Papalia

Chapter: 13

Recommended Local Form:  ☐ Followed  ☒ Modified

# ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

___   The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

25-14631 BKMFR01

Upon the motion of Freedom Mortgage Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay and relief from co-debtor stay pursuant to Bankruptcy Code section 1301(c) as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Creditor's rights in the following:

☒ Real Property more fully described as:

    1231 Beech Place, East Stroudsburg, PA 18301

It is further ORDERED that the Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Creditor, its successors or assignees.

☐ Personal property more fully described as:

It is further ORDERED that co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, Jessica Soto, to permit Freedom Mortgage Corporation to pursue its *in-rem* rights in the real property described above, and its *in personam* and *in rem* rights as to the co-debtor, Jessica Soto.

It is further ORDERED that the Creditor may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Creditor shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

25-14631 BKMFR01

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The Creditor shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

25-14631 BKMFR01