Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19707−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Randell A. Soto Jr.
   1231 Beech Place
   East Stroudsburg, PA 18301−8269

Social Security No.:
   xxx−xx−1394

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/9/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2025
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-19707-VFP |
| Randell A. Soto, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 09, 2025 | Form ID: 148 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randell A. Soto, Jr., 1231 Beech Place, East Stroudsburg, PA 18301-8269 |
| cr | + | Liberal Finance c/o Randolph Walze, Esq., PO Box 1234, Jackson Township, NJ 08527-0259 |
| 520070072 | + | CMG FINANCIAL, ATTN: BANKRUPTCY, 3160 CROW CANYON RD, STE 400, SAN RAMON, CA 94583-1382 |
| 520070083 | + | LIBERAL FINANCE SERVIC, 1160 PARSIPPANY BL, PARSIPPANY, NJ 07054-1811 |
| 520070082 | + | Law Office of Ann Debellis, 301 Sullivan Way, W. Trenton, NJ 08628-3406 |
| 520097344 | + | Liberal Finance Service c/o Randolph Walzer, Esq., PO Box 1234, Jackson, NJ 08527-0259 |
| 520070088 | + | New Jersey Manufactureers Insurance Comp, PO Box 70167, Philadelphia, PA 19176-0167 |
| 520070089 | + | Randolph Walzer & Associates LLC, 2042 W County Line Rd Unit 8 PO Box 1234, Jackson, NJ 08527-0259 |
| 520244197 | #+ | Waste Management, PO BOX 42930, phoenix, AZ 85080-2930 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520070045 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 09 2025 21:11:03 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520105804 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 20:55:41 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520070062 | + | EDI: CAPITALONE.COM | Sep 10 2025 00:32:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070067 | + | EDI: CAPITALONE.COM | Sep 10 2025 00:32:00 | CAPITAL ONE/WALMART, ATTN: BANKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070068 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2025 20:57:36 | CARD WORKS SERVICING, LLC, ATTN: BANKRUPTCY, 101 CROSSWAYS PK WEST, WOODBURY, NY 11797-2020 |
| 520070069 | + | EDI: CITICORP | Sep 10 2025 00:32:00 | CBNA, ATTN: BANKRUPTCY, P.O. BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 520128639 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 09 2025 20:46:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520070070 | + | EDI: JPMORGANCHASE | Sep 10 2025 00:32:00 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |

Case 23-19707-VFP    Doc 75    Filed 09/11/25    Entered 09/12/25 00:16:46    Desc Imaged
                               Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Sep 09, 2025 | Form ID: 148 | Total Noticed: 57 |

| | | | |
| --- | --- | --- | --- |
| 520070071 | + EDI: JPMORGANCHASE | Sep 10 2025 00:32:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520070072 | + EDI: AISCMGFIN | Sep 10 2025 00:32:00 | CMG FINANCIAL, ATTN: BANKRUPTCY, 3160 CROW CANYON RD, STE 400, SAN RAMON, CA 94583-1382 |
| 520070073 | + EDI: WFNNB.COM | Sep 10 2025 00:32:00 | COMENITY BANK/ROAMAN'S, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520070074 | + EDI: WFNNB.COM | Sep 10 2025 00:32:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520070075 | + EDI: WFNNB.COM | Sep 10 2025 00:32:00 | COMENITYBANK/ONESTOP, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520070076 | + Email/Text: bankruptcy@connexuscu.org | Sep 09 2025 20:47:00 | CONNEXUS CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 8026, WAUSAU, WI 54402-8026 |
| 520070077 | + Email/Text: bankruptcy@consumerportfolio.com | Sep 09 2025 20:47:00 | CONSUMER PORTFOLIO SERVICES, INC., ATTN: BANKRUPTCY, PO BOX 57071, IRVINE, CA 92619-7071 |
| 520070078 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2025 21:11:05 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 520107171 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2025 20:55:30 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520075751 | + EDI: AIS.COM | Sep 10 2025 00:32:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520070079 | + EDI: DISCOVER | Sep 10 2025 00:32:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520090428 | EDI: DISCOVER | Sep 10 2025 00:32:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520070080 | + EDI: BLUESTEM | Sep 10 2025 00:32:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520070081 | + EDI: BLUESTEM | Sep 10 2025 00:32:00 | FINGERHUT FETTI/WEBBANK, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520577146 | Email/Text: Bankruptcy@Freedommortgage.com | Sep 09 2025 20:46:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939 |
| 520577147 | + Email/Text: Bankruptcy@Freedommortgage.com | Sep 09 2025 20:46:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-7939 |
| 520341560 | EDI: JEFFERSONCAP.COM | Sep 10 2025 00:32:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520341561 | EDI: JEFFERSONCAP.COM | Sep 10 2025 00:32:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520098487 | + Email/Text: RASEBN@raslg.com | Sep 09 2025 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520070084 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 20:55:41 | LVNV FUNDING/RESURGENT CAPITAL, |

Case 23-19707-VFP    Doc 75    Filed 09/11/25    Entered 09/12/25 00:16:46    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: 148 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520107141 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 20:56:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520070087 | + | EDI: NFCU.COM | Sep 10 2025 00:32:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520102316 | + | Email/Text: legalcollections@njm.com | Sep 09 2025 20:47:00 | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 520220042 | + | EDI: NFCU.COM | Sep 10 2025 00:32:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 520087856 | | EDI: Q3G.COM | Sep 10 2025 00:32:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520125504 | | EDI: Q3G.COM | Sep 10 2025 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520070090 | ^ | MEBN | Sep 09 2025 20:43:41 | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 220, LIVERPOOL, NY 13088-0220 |
| 520070091 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 09 2025 20:46:00 | SEZZLE, ATTN: BANKRUPTCY, PO BOX 3320, MINNEAPOLIS, MN 55403 |
| 520070092 | + | EDI: SYNC | Sep 10 2025 00:32:00 | SYNCB/ROOMS TO GO, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070093 | + | EDI: SYNC | Sep 10 2025 00:32:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070094 | + | EDI: SYNC | Sep 10 2025 00:32:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520070095 | + | EDI: SYNC | Sep 10 2025 00:32:00 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520130687 | + | EDI: AIS.COM | Sep 10 2025 00:32:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520117049 | + | EDI: CBSTDR | Sep 10 2025 00:32:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520072294 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 09 2025 21:11:13 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520126848 | + | EDI: AIS.COM | Sep 10 2025 00:32:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520070096 | + | EDI: BLUESTEM | Sep 10 2025 00:32:00 | WEBBANK/GETTINGTON, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520070097 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 09 2025 20:57:57 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 520244197 | ^ | MEBN | Sep 09 2025 20:43:13 | Waste Management, PO BOX 42930, phoenix, AZ 85080-2930 |
| 520116789 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 10 2025 01:28:28 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520070050 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070051 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070052 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070053 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070054 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070055 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070056 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070057 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070058 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070059 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070060 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070061 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070046 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070047 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070048 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070049 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 520070063 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070064 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070065 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070066 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520070085 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520070086 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cameron Deane | on behalf of Creditor Navy Federal Credit Union cdeane@weltman.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com   wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Randolph Walzer | on behalf of Creditor Liberal Finance c/o Randolph Walze  Esq. email@walzerlawfirm.com |

Russell L. Low                on behalf of Debtor Randell A. Soto Jr. ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7